SCOTT C. POWERS (Idaho Bar No. 9958)
DAVID L. PINKSTON (Utah Bar No. 6630)
SNOW CHRISTENSEN & MARTINEAU
10 Exchange Place, 11th Floor
Salt Lake City, Utah 84111
Telephone: (801) 521-9000
scp@scmlaw.com

*Attorneys for ProRelo, Inc. (Appearing Specially)*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF IDAHO

| | |
|---|---|
| KATHERINE ANGEVINE McKINSTRY, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WHEATON GROUP, INC., an Indiana corporation; WHEATON WORLD WIDE MOVING, an Indiana corporation; BEKINS VAN LINES, an Indiana corporation; and PRORELO INC., a New Mexico corporation,<br><br>Defendants. | **MOTION TO DISMISS COMPLAINT AGAINST PRORELO, FOR**<br><br>**(1) INSUFFICIENT PROCESS AND INSUFFICIENT SERVICE OF PROCESS (OR IN THE ALTERNATIVE, TO QUASH SUMMONS AND ATTEMPTED SERVICE); AND**<br><br>**(2) FOR FAILURE TO STATE A CLAIM, DUE TO PREEMPTION**<br><br>Civil No. 1:21-cv-00444-BLW<br><br>Judge B. Lynn Winmill<br>Magistrate |

Pursuant to Rule 12(b)(4), (5), and (6), Fed. R. Civ. P., Defendant, ProRelo, Inc., by and through its counsel, appears specially in this matter and respectfully moves this Court to dismiss Plaintiff's Complaint for insufficient process and insufficient service of process (or, in the alternative, to quash the attempted service of process) on ProRelo.  ProRelo further moves the Court to dismiss all claims against it in the Complaint, with prejudice, as these claims are

preempted by 49 U.S.C. § 14706 (known as the Carmack Amendment to the Interstate Commerce Commission Termination Act of 1995 ("ICCTA")) or otherwise fail to state a claim upon which relief may be granted.

The motion is supported by the accompanying memorandum of points and authorities and the Declaration of Brad Killman.

DATED this 9th day of February, 2022.

SNOW CHRISTENSEN & MARTINEAU

*/s/ Scott C. Powers*
Scott C. Powers
*Attorneys for Defendant*
*ProRelo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of February, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which served the same on:

Kendra Ankrum Ortiz
ANKRUM ORTIZ LAW OFFICE, PLLC
10400 W. Overland Road, #309
Boise, ID 83709
*Attorneys for Plaintiff*

                                         */s/ Erin Casaday*

4864-9709-1341, v. 1