M. BLAKE HILL, (ISB No. 9485)
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6550 South Millrock Drive, Suite 200
Salt Lake City, Utah 84121-2319
Telephone: 801.562.5555
Facsimile: 801.562.5510
Blake.Hill@lewisbrisbois.com
*Attorneys for Defendant ProRelo, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF IDAHO

| | |
|---|---|
| KATHERINE ANGEVINE McKINSTRY, an individual,<br><br>Plaintiff<br><br>v.<br><br>WHEATON GROUP, INC., an Indiana corporation; WHEATON WORLD WIDE MOVING, an Indiana corporation; BEKINS VAN LINES, an Indiana corporation; and PRORELO INC., a New Mexico corporation,<br><br>Defendants. | **CORRECTED STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Civil No. 1:21-cv-00444-BLW**<br><br>**Judge B. Lynn Winmill** |

Plaintiff Katherine Angevine McKinstry and Defendants Wheaton Group, Inc., Wheaton World Wide Moving, Bekins Van Lines, and Defendant ProRelo, Inc., (hereinafter, collectively referred to as the "Parties"), by and through their respective counsel, hereby stipulate pursuant to Rule 41(a) that the above-entitled matter, may be **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear that party's own fees, costs, and attorney fees.

A proposed Order of Dismissal has been submitted contemporaneously herewith.

125677915.1

DATED:  June 15, 2023          **LEWIS BRISBOIS BISGAARD & SMITH LLP**

                               By: */s/  M. Blake Hill*
                                   M. BLAKE HILL
                                   *Attorneys for Defendant ProRelo, Inc.*

DATED: June 15, 2023           **PAINE HAMBLEN LLP**

                               By: */s/  Paul Sykes Stewart (w/permission granted via email dated 6/15/2023)*
                                   PAUL SYKES STEWART
                                   SCOTT CHRISTOPHER CIFRESE
                                   *Attorneys for Defendants Wheaton Group, Inc., Wheaton World Wide Moving, Bekin Van Lines*

DATED:  June 15, 2023          **ANKRUM ORTIZ LAW OFFICE, PLLC**

                               By: */s/  Kendra Ankrum Ortiz (w/permission granted via email dated 6/15/2023)*
                                   KENDRA ANKRUM ORTIZ
                                   *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of June, 2023, I caused a true and correct copy of **CORRECTED STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE** to be served electronically upon the below listed counsel of record:

Kendra Ankrum Ortiz
ANKRUM ORTIZ LAW OFFICE, PLLC
10400 West Overland Road, #309
Boise, ID 83709
kendra@aolawoffice.com
*Attorneys for Plaintiff*

Paul Sykes Stewart
Scott Christopher Cifrese
Paine Hamblen LLP
717 W Sprague Avenue, Suite 1200
Spokane, WA 99201
509-455-6000
paul.stewart@painehamblen.com
scott.cifrese@painehamblen.com
*Attorneys for Defendant Wheaton Group and Bekins Van Lines*

/s/ _Libby Craig_____

125677915.1