# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| KATHERINE ANGEVINE McKINSTRY, an individual,<br><br>    Plaintiff<br><br>v.<br><br>WHEATON GROUP, INC., an Indiana corporation; WHEATON WORLD WIDE MOVING, an Indiana corporation; BEKINS VAN LINES, an Indiana corporation; and PRORELO INC., a New Mexico corporation,<br><br>    Defendants. | **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>**Civil No.  1:21-cv-00444-BLW**<br><br>**Judge B. Lynn Winmill** |

Based upon the Stipulation of the Parties at Dkt. 52, and good cause appearing therefor;

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE and upon the merits, each party to bear that party's own fees, costs, and attorney fees.

IT IS FURTHER ORDERED that the Stipulation filed at Dkt. 51 is DEEMED MOOT.

DATED: June 15, 2023

B. Lynn Winmill
United States District Judge